FILED

2004 MAR -5  A 9: 29

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DR. PATRICIA GREY,<br>Plaintiff, | CIVIL ACTION NO.<br>3:00-CV-02033 (JCH) |
| v. | |
| CITY OF NORWALK BOARD<br>OF EDUCATION, VICTOR<br>HERBERT and GREG RICCIO,<br>Defendants. | MARCH 4, 2004 |

## NOTICE OF APPEAL

Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure, the defendants, City of Norwalk Board of Education, Victor Herbert and Greg Riccio [collectively, the "Board"], hereby give notice and hereby appeal to the United States Court of Appeals for the Second Circuit from this court's denial of that part of the defendant's motion for summary judgment that was predicated upon the defendants Victor Herbert's and Greg Riccio's claims of qualified immunity. The appeal of said ruling is made in accordance with Second Circuit precedent authorizing the appeal of a trial court's denial of a claim of qualified immunity. See e.g., Tellier v. Fields, 230 F.3d 502, 509-10 (2d Cir. 2000); Sound Aircraft Servs., Inc. v. Town of East Hampton, 192 F.3d 329, 333-34 (2d Cir. 1999).

LAW OFFICES • SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326

The decision from which the defendants hereby appeal was entered on February 5, 2004. See 2/4/04 Ruling on Defendants' Motion for Summary Judgment, a copy of which is attached hereto and filed herewith. In accordance with Rule 3(a)(1) of the Federal Rules of Appellate Procedure, the Board has enclosed with the original of this Notice three copies hereof.

        THE DEFENDANTS,
        CITY OF NORWALK BOARD OF
        EDUCATION, VICTOR HERBERT, AND
        GREG RICCIO

By: _____
     Michael P. McKeon
     Federal Bar No. ct02290
     Sullivan, Schoen, Campane & Connon
     646 Prospect Avenue
     Hartford, CT 06105
     Telephone (860) 233-2141
     Facsimile (860) 233-0516
     E-Mail: mmckeon@sscc-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing Defendants' Notice of Appeal will be sent via first-class mail, postage prepaid, on the 4th day of March 2004 to Anita B. Folino, Esq., Plunkett & Cooney, P.C., 325 East Grand River Avenue, Suite #250, East Lansing, Michigan 48823, and to Gary Phelan, Esq., Law Offices of Gary Phelan, Corporate Center West, 433 South Main Street, Suite 117, West Hartford, Connecticut 06110.

_____
Michael P. McKeon