UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
MAR 24  10 05 AM '04
U.S DISTRICT COURT
NEW HAVEN, CONN.

PATRICIA GREY,
        Plaintiff

v.  :  3:00-CV-2033 (ebb)

CITY OF NORWALK BOARD OF
EDUCATION, ET AL.,

### ORDER OF REFERRAL TO MAGISTRATE JUDGE JOAN GLAZER MARGOLIS

This case is hereby referred to the Honorable Joan G. Margolis for purposes of holding a settlement conference in this case. The Court requests that the Magistrate Judge enter a final date for such conference, with no extensions of time to be granted, except for extreme good cause. Naturally, the Court leaves it up to the Magistrate Judge whether Plaintiff and her counsel are to participate by telephone or be in her chambers personally, Plaintiff living in Pittsburg, Pennsylvania, and her counsel living in Lansing, Michigan.

SO ORDERED

/s/ Ellen B. Burns

ELLEN BREE BURNS

SENIOR UNITED STATES DISTRICT JUDGE

Dated at New Haven, Connecticut this 23rd day of March, 2004.