UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven

Telephone (203) 773-2350

May 5, 2004

11:00 A.M.

CASE NO. 3:00CV2033 (EBB) **Grey v. Norwalk Board of Ed.**

| | |
|---|---|
| Anita B. Folino<br>Plunkett & Cooney<br>City Center Office Building<br>325 East Grand River, Suite 250<br>East Lansing, MI 48823<br>517-324-5600 | Patricia Grey |
| Tammy Marzigliano<br>Klebanoff & Phelan, PC<br>Corporate Center West<br>433 S. Main St.<br>Suite 117<br>West Hartford, CT 06110<br>860-313-5005 | Patricia Grey |
| Michael Peter McKeon<br>Sullivan, Schoen, Campane & Connon<br>646 Prospect Ave.<br>Hartford, CT 06105<br>860-233-2141<br>860-233-0516 (fax)<br>mmckeon@sscc-law.com | Norwalk Bd Of Ed et al |
| Gary Edward Phelan<br>Klebanoff & Phelan, PC<br>433 S. Main St.<br>Suite 117<br>West Hartford, CT 06110<br>860-313-5005<br>phelanlaw@snet.net | Patricia Grey |

Sara N. Robinson                                    Norwalk Bd of Ed
Sullivan, Schoen, Campane & Connon
646 Prospect Ave.
Hartford, CT 06105
860-233-2141


                                        BY ORDER OF THE COURT
                                        KEVIN F. ROWE, CLERK