IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------x
:
PATRICIA GREY                              :   3:00 CV 2033 (EBB)
:
v.                                         :
:
CITY OF NORWALK BD. OF EDUCATION
ET AL.                                     :   DATE: JULY 19, 2004
:
------------------------------------------------------------x

ORDER

1. By agreement of counsel during the brief telephonic settlement conference held today, the deadline by which closing papers are to be filed is hereby extended from **July 29, 2004** (see Dkt. #52) until **August 16, 2004**.

2. The Magistrate Judge is available for such additional conferences (which may be held telephonically) as may be necessary.

Dated at New Haven, Connecticut, this 19th day of July, 2004.


_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge