UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DR. PATRICIA GREY,<br>    Plaintiff, | : <br> : <br> : <br> : <br> : | CIVIL ACTION NO.<br>3:00-CV-02033 (JCH) |
| v. | : <br> : <br> : | |
| CITY OF NORWALK BOARD<br>OF EDUCATION, VICTOR<br>HERBERT and GREG RICCIO,<br>    Defendants. | : <br> : <br> : <br> : | <br><br><br>AUGUST 27, 2004 |

## STIPULATION OF DISMISSAL OF DEFENDANTS CITY OF NORWALK BOARD OF EDUCATION, VICTOR HERBERT AND GREG RICCIO

The parties hereto, by their respective counsel, hereby Stipulate and agree to the entry of the attached Order dismissing Plaintiff's action against Defendants City of Norwalk Board of Education, Victor Herbert and Greg Riccio, with prejudice and with each party bearing their own fees and costs. In order to expedite the filing of this Stipulation with the court, the plaintiff's attorney has requested and authorized the defendants' counsel to sign this Stipulation on her behalf, with the intent to be bound thereby.

| THE PLAINTIFF,<br>DR. PATRICIA GREY | THE DEFENDANTS,<br>CITY OF NORWALK BOARD OF<br>EDUCATION, VICTOR HERBERT AND<br>GREG RICCIO |
|---|---|
| By _____<br>Anita B. Folino<br>Plunkett & Cooney, P.C.<br>325 East Grand River Avenue<br>Suite 250<br>Lansing, Michigan 48823<br>Telephone: (517) 333-6694<br>Facsimile: (517) 333-6694<br>E-Mail: afolino@plunkettcooney.com<br>Attorney for Plaintiff | By _____<br>Michael P. McKeon<br>Federal Bar Number ct02290<br>Sullivan, Schoen, Campane & Connon<br>646 Prospect Avenue<br>Hartford, Connecticut 06105-4286<br>Telephone: (860) 233-2141<br>Facsimile: (860) 233-0516<br>E-Mail: mmckeon@sscc-law.com<br>Attorney for Defendants |

*LAW OFFICES* • **SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC** • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO 62326

## CERTIFICATION

This is to certify that a fully executed copy of the foregoing Stipulation of Dismissal of Defendants City of Norwalk Board of Education, Victor Herbert and Greg Riccio was sent via first-class mail, postage prepaid, on this 27th day of August 2004 to Anita B. Folino, Esq., Plunkett & Cooney, P.C., 325 East Grand River Avenue, Suite #250, East Lansing, Michigan 48823.

_____
Michael P. McKeon

LAW OFFICES • SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO  62326