**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

*Conn (New Haven)*
*00-CV-2033*
*Hall*

Roseann B. MacKechnie
CLERK



FILED  MAR 0 1 2005

Date: 3/1/05
Docket Number: 04-1405-cv
Short Title: Grey v. Norwalk Bd of Ed
DC Docket Number: 00-cv-2033
DC: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Janet Hall

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square in the City of New York, on the 1st day of March two thousand four.

Grey v. Norwalk Board of Education

A scheduling order in accordance with the Civil Appeals Management Plan of this court having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal herein it is **ORDERED** that the appeal be, and it hereby is dismissed.

Very truly yours,

Roseann B. MacKechnie, Clerk

By: *[signature]*
Yvette Knight
Deputy Clerk

FILED 2005 MAR -7 P 3:00
U.S. DISTRICT COURT
NEW HAVEN, CT

A TRUE COPY
Roseann B. MacKechnie, CLERK
by *[signature]*
DEPUTY CLERK

CERTIFIED: 3/1/05